## Commonwealth *v.* Gamble, Appellant.

Submitted December 7, 1970. *Frederick S. Wolf,* and *Beaver, Wolf and Brandt,* for appellant; *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Gensler, Appellant.

Submitted December 7, 1970. *Frederick S. Wolf,* and *Beaver, Wolf and Brandt,* for appellant; *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Gibbs, Appellant.

Submitted December 7, 1970. *David Zwanetz,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.